AO 241 (Rev. 09/17)

2:23-cv-60-KS-LGI

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
APR 26 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

# PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Southern |
|---|---|
| Name (under which you were convicted): Patrick D. Fluker | Docket or Case No.: 03-481 CR  2021-CP-00162-SCT |

| Place of Confinement: | Prisoner No.: 101069 |
|---|---|

| Petitioner (include the name under which you were convicted) | Respondent (authorized person having custody of petitioner) |
|---|---|
| Patrick D. Fluker | v. State of Mississippi |

The Attorney General of the State of: Mississippi

## PETITION

1.   (a) Name and location of court that entered the judgment of conviction you are challenging:

     Forrest County Circuit Court
     P.O. Box 992
     Hattiesburg, MS 39403-0992

     (b) Criminal docket or case number (if you know): 03-481 CR

2.   (a) Date of the judgment of conviction (if you know): 01-13-2004

     (b) Date of sentencing: 01-13-2004

3.   Length of sentence: 15 yrs

4.   In this case, were you convicted on more than one count or of more than one crime?  ☐ Yes  ☒ No

5.   Identify all crimes of which you were convicted and sentenced in this case: N/A

     _____
     _____
     _____
     _____

6.   (a) What was your plea? (Check one)

     ☐ (1) Not guilty       ☐ (3) Nolo contendere (no contest)
     ☒ (2) Guilty           ☐ (4) Insanity plea

Page 2 of 16

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?  N/A

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury  ☑ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes  ☑ No

8. Did you appeal from the judgment of conviction?

☐ Yes  ☑ No

9. If you did appeal, answer the following:

(a) Name of court: N/A

(b) Docket or case number (if you know): N/A

(c) Result: N/A

(d) Date of result (if you know): N/A

(e) Citation to the case (if you know): N/A

(f) Grounds raised: N/A

(g) Did you seek further review by a higher state court?  ☐ Yes  ☑ No

If yes, answer the following:

(1) Name of court: N/A

(2) Docket or case number (if you know): N/A

(3) Result: N/A

AO 241 (Rev. 09/17)

      (4) Date of result (if you know): **N/A**

      (5) Citation to the case (if you know): **N/A**

      (6) Grounds raised: **N/A**

  (h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☑ No

    If yes, answer the following:

    (1) Docket or case number (if you know): **N/A**

    (2) Result: **N/A**

    (3) Date of result (if you know): **N/A**

    (4) Citation to the case (if you know): **N/A**

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☑ Yes   ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

  (a) (1) Name of court: **Forrest County Circuit Court**

     (2) Docket or case number (if you know): **03-481 CR / H20-0067**

     (3) Date of filing (if you know): **5-11-20**

     (4) Nature of the proceeding: **Civil - Post-Conviction Relief**

     (5) Grounds raised: **1.) Trial Court Lacked Subject Matter Jurisdiction To Impose The Sentence**

**2.) Petitioner's Post-Conviction Relief Were Excepted From The Procedural Bars Of The UPCCRA**

     (6) Did you receive a hearing where evidence was given on your petition, application, or motion?
     ☐ Yes   ☑ No

     (7) Result: **Summarily Dismissed**

Page 4 of 16

AO 241 (Rev. 09/17)

   (8) Date of result (if you know):   January 20, 2021

 (b) If you filed any second petition, application, or motion, give the same information:

   (1) Name of court:   N/A

   (2) Docket or case number (if you know):   N/A

   (3) Date of filing (if you know):   N/A

   (4) Nature of the proceeding:   N/A

   (5) Grounds raised:   N/A

   (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

   ☐ Yes   ☑ No

   (7) Result:   N/A

   (8) Date of result (if you know):   N/A

 (c) If you filed any third petition, application, or motion, give the same information:

   (1) Name of court:   N/A

   (2) Docket or case number (if you know):   N/A

   (3) Date of filing (if you know):   N/A

   (4) Nature of the proceeding:   N/A

   (5) Grounds raised:   N/A

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☒ No

(7) Result: _N/A_

(8) Date of result (if you know): _N/A_

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   ☒ Yes   ☐ No

(2) Second petition:  ☐ Yes   ☒ No

(3) Third petition:   ☐ Yes   ☒ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_N/A_

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION:** To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** _Trial Court Lacked Subject Matter Jurisdiction To Impose The Sentence_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_The trial court lacked subject matter jurisdiction and the authority to accept the Petitioner's guilty plea because the trial court failed to charge the Petitioner with a crime by failing to file an indictment against the Petitioner pursuant to Miss. Code Ann. §99-7-9 in violation of his Fifth, Sixth, and Fourteenth Amendment and Article 3, sections 14, 26, and 27 of the Mississippi Constitution._

(b) If you did not exhaust your state remedies on Ground One, explain why: _N/A_

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: *N/A*

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: *Post-Conviction Relief — Civil*

Name and location of the court where the motion or petition was filed: *Forrest County Circuit Court; P.O. Box 992; Hattiesburg, MS 39403-0992*

Docket or case number (if you know): *03-481 CR / H20-0067*

Date of the court's decision: *01-20-21*

Result (attach a copy of the court's opinion or order, if available): *Summarily Dismissed*

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☒ No

(4) Did you appeal from the denial of your motion or petition?   ☒ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☒ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: *Mississippi Supreme Court P.O. Box 249; Jackson, MS 39205-0249*

Docket or case number (if you know): *2021-CP-00162-SCT*

Date of the court's decision: *3-22-22*

Result (attach a copy of the court's opinion or order, if available): *Denied*

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

*N/A*

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: N/A

**GROUND TWO:** Petitioner's Post-Conviction Relief Were Excepted From The Procedural Bars Of The UPCCRA

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner is excepted from the procedural bars of the UPCCRA due to the denial of his fundamental right to due process at sentencing. Due to the trial court's failure to charge the Petitioner with a crime before conviction, denied the Petitioner due process at sentencing under the Fourteenth Amendment.

(b) If you did not exhaust your state remedies on Ground Two, explain why: N/A

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: N/A

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
   ☒ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post-Conviction Relief - Civil

Name and location of the court where the motion or petition was filed: Forrest County Circuit Court; P.O.Box 992; Hattiesburg, MS 39403-0992

Docket or case number (if you know): 03-481 CR / H20-0067

AO 241 (Rev. 09/17)

Date of the court's decision: 1-20-21

Result (attach a copy of the court's opinion or order, if available): Summarily Dismissed

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☑ No

(4) Did you appeal from the denial of your motion or petition?   ☑ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☑ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Mississippi Supreme Court P.O. Box 249; Jackson, MS 39205-0249

Docket or case number (if you know): 2021-CP-00162-SCT

Date of the court's decision: 3-22-22

Result (attach a copy of the court's opinion or order, if available): Denied

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: N/A

**GROUND THREE:** N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: __N/A__

(c) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☑ No

    (2) If you did not raise this issue in your direct appeal, explain why: __N/A__

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

    ☐ Yes   ☑ No

    (2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: __N/A__

Name and location of the court where the motion or petition was filed: __N/A__

Docket or case number (if you know): __N/A__

Date of the court's decision: __N/A__

Result (attach a copy of the court's opinion or order, if available): __N/A__

    (3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☑ No

    (4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☑ No

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☑ No

    (6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __N/A__

Docket or case number (if you know): __N/A__

Date of the court's decision: __N/A__

Result (attach a copy of the court's opinion or order, if available): __N/A__

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: N/A

**GROUND FOUR:** N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A

(b) If you did not exhaust your state remedies on Ground Four, explain why: N/A

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: N/A

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes  ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: N/A

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☒ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: N/A

AO 241 (Rev. 09/17)

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?  ☒ Yes   ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:  *N/A*

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

*No*

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?  ☒ Yes   ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. *I do not remember case number nor do I have any documents*

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?  ☐ Yes   ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. *N/A*

Page 13 of 16

AO 241 (Rev. 09/17)

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: N/A

(b) At arraignment and plea: Alethea Shaw-Milton

(c) At trial: —

(d) At sentencing: Alethea Shaw-Milton

(e) On appeal: Pro Se

(f) In any post-conviction proceeding: Pro Se

(g) On appeal from any ruling against you in a post-conviction proceeding: Pro Se

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?  ☐ Yes  ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:
N/A

(b) Give the date the other sentence was imposed: N/A

(c) Give the length of the other sentence: N/A

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?  ☐ Yes  ☒ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

Under 28 U.S.C. § 2244 (d)(1)(D) Petitioner presents newly discovered evidence of the Mississippi Supreme Court's decision in Ashwell v. State, 226 So.3d 69 (Miss 2017) which was decided after the Mississippi Supreme Court had denied Fluker v. State, 203 So.3d 600. Furthermore, because the trial court

Page 14 of 16

failed to charge the Petitioner with a crime by failing to filed an indictment against the Petitioner pursuant to Miss. Code Ann. §99-7-9, is a fundamental miscarriage of justice exception which is grounded in the equitable discretion of habeas courts pursuant to McQuiggin v. Perkins, 569 U.S. 383; 133 S.Ct. 1924. The sufficiency of a state indictment is not ordinarily a matter for federal habeas relief unless the indictment is shown to be so fundamentally defective as to have deprived the convicting court of jurisdiction to try the cause pursuant to Hamilton v. McCotter, 772 F.2d 171.

Petitioner presents that due to the trial court's denial of due process at sentencing and this fundamental miscarriage of justice exception, the one-year period of limitation should not apply to this application for a writ of habeas corpus and the Petitioner respectfully ask this Court to consider the merit of this case.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

 (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

 (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

 (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

 (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: *Request that both conviction and sentence be vacated and charge be dismissed with prejudice.*

or any other relief to which petitioner may be entitled.

_____N/A_____
Signature of Attorney (if any)

I declare (or verify, certify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _4-22-23_ (month, date, year).

Executed (signed) on _4-22-23_ (date).

200 S. 14th Ave #B
Hattiesburg, MS 39401
601-310-0141

_Patrick D'Antra Fluker_
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____
_____
_____
_____